In the Matter of the Claim of SAMUEL SHAW, Respondent, against BROWERS GARAGE, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued December 5, 1945; decided January 18, 1946.

*Irvin A. Snyder* and *Robert L. Flynn* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Orrin G. Judd* and *Lester D. Volk,* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.